## (September 29, 1960)

■ In the Matter of ANNA CORRIGAN v. TEMPORARY STATE HOUSING RENT COMMISSION.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for a stay dismissed, having become

academic by virtue of the decision herein, and the stay contained in the order to show cause, dated July 8, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.